IN THE COURT OF APPEALS OF MARYLAND


No.88


September Term, 2013


G.E. FRISCO, CO., INC., et al.


v.


ANTHONY OLIVER


Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                    JJ.


PER CURIAM ORDER


Filed: May 1, 2014

```
G.E. FRISCO, CO., INC., et      *      IN THE
al.
                                *      COURT OF APPEALS

            v.                  *      OF MARYLAND

                                *      No. 88

ANTHONY OLIVER                  *      September Term, 2013
```

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 1ST day of May, 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
        Chief Judge
